Brette L. Evans, sbn: 177042
Kelly L. Klokow, sbn: 280316
EVANS LAW OFFICES
1150 N. First St., Ste 110
San Jose, CA 95112
Ph: (408) 298-8910
*Attorneys for Defendant*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**David K. Small and Trudy V. Small,**<br><br>Debtor(s).<br><br>**Grant Sedgwick,**<br>  **Plaintiff,**<br><br>vs.<br><br>**David K Small,**<br>  **Defendant.** | Case No. 18-51668 MEH<br>Chapter 7<br>Adv. No. 18-05046 MEH<br><br>**DECLARATION OF ATTORNEY IN SUPPORT MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Date:  4/9/19<br>Time:  11:00 a.m.<br>Place:  U.S. Bankruptcy Court, 280 S. First Street, San Jose, California,<br>Crtrm: 3020<br>**HON. JUDGE HAMMOND** |

I, Brette L. Evans, Do Hereby Declare:

1.     I am an Attorney at Law, duly licensed to practice law in the courts of the State of California and in the Federal Bankruptcy Court herein, and I am attorney of record for the Debtor, herein.

2.     A breakdown has occurred in the attorney-client relationship between myself and my client, David K. Small.

3.     Based upon this breakdown, I can no longer represent his in a manner required of me through the State Bar of California.

1

4. David K. Small has breached our attorney client relationship. Our communications have broken down. At this point, I cannot represent the debtor in the manner required by the State Bar of California and this Honorable Court.

5. I did inform Mr. Small through email correspondence that I would be filing the Request to Withdraw and I asked that he communicate with me. Our normal mode of communication is email correspondence. To date I have not heard back from him.

5. I request to be relieved as attorney of record.

Dated: 3/11/19 /s/ Brette L. Evans
Brette L. Evans